No. 977. E. I. Du Pont de Nemours & Co., Inc. *v.* Maloney; and

No. 1093, Misc. Maloney *v.* E. I. Du Pont de Nemours & Co. C. A. D. C. Cir. Certiorari denied. Mr. Justice Harlan took no part in the consideration or decision of these petitions. *William H. Allen* for petitioner in No. 977 and for respondent in No. 1093, Misc. *Henry Lincoln Johnson, Jr.,* for petitioner in No. 1093, Misc. Reported below: 122 U. S. App. D. C. 268, 352 F. 2d 936.

No. 462, Misc. Woodley *v.* California. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 717, Misc. Bailey *v.* Van Buskirk. C. A. 9th Cir. Certiorari denied. *H. Bruce Baumeister* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Robert V. Zener* for respondent.

No. 724, Misc. Chambers *v.* Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Marco Loffredo* and *Phillip A. Hubbart* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle,* Assistant Attorney General, for respondent.

No. 741, Misc. Carter *v.* Wisconsin. Sup. Ct. Wis. Certiorari denied. Petitioner *pro se. Bronson C. LaFollette,* Attorney General of Wisconsin, and *William A. Platz* and *Warren H. Resh,* Assistant Attorneys General, for respondent.